**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 9, 2012.**



**In The**

# Fourteenth Court of Appeals

———————————————————

**NO. 14-12-00247-CV**

———————————————————

**BBG GROUP, L.L.C., MILO NICKEL AND THOMAS MICHAEL LEBLANC, Appellants**

**V.**

**MBI GLOBAL, L.L.C., Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-50193**

---

## MEMORANDUM OPINION

On March 8, 2012, Hunter Buildings & Manufacturing, L.P., Hunter Buildings, L.L.C., and Hunter Buildings International, L.L.C. ("Hunter appellants") filed a notice of appeal from the final judgment signed December 9, 2011, and the appeal was assigned to this court under our appellate number 14-12-00246-CV. Subsequently on March 8, 2012,

BBG Group, L.L.C., Milo A. Nickel, and Thomas Michael LeBlanc ("BBG appellants") filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00247-CV.

On July 26, 2012, the Hunter appellants and BBG appellants filed an unopposed joint motion to consolidate these appeals. The motion is granted and the court consolidates the two above-referenced causes for all purposes. The issues, records, and documents filed in cause number 14-12-00247-CV are consolidated into cause number 14-12-00246-CV. The consolidated appeal shall proceed under appeal number 14-12-00246-CV, and appeal number 14-12-00247-CV is hereby dismissed. *See Livingston v. Arrington*, No. 03-11-00197-CV, No. 03-11-00266-CV, 2011WL 2297705, *1 (Tex. App. -- Austin Jun. 10, 2011, no pet.) (mem. op). Appellate deadlines will run from the date that the record in appeal number 14-12-00246-CV is complete.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.